October 30, 1969

C. Veneziale Trucking, Inc. Appeal.

Argued September 10, 1969. *Peter Platten,* with him *Charles V. Stoelker, Jr., John M. Demcisak,* and *Ballard, Spahr, Andrews & Ingersoll,* and *Meehan & Stoelker,* for appellant; *William A. Goichman,* Assistant Counsel, with him *Paul Silverstein,* Chief Counsel, for appellee; *Alfred N. Lowenstein,* with him *Morgan, Lewis & Bockius,* for intervening appellees.

Order affirmed.